IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| UNIQUE MOSS, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 25-cv-2213-RJD |
| v. | ) ) | |
| GREYHOUND LINES, INC. and RENEA ADAMS, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

**DALY, Magistrate Judge:**

Plaintiff filed this personal injury action in the Circuit Court of St. Clair County, Illinois on November 17, 2025, alleging that she was injured in a motor vehicle accident while traveling on a bus owned by Greyhound Lines, Inc. ("Greyhound") and driven by Renea Adams.   Doc. 1-1, pp. 11-12.   Defendant Greyhound removed this case to federal court on the basis of diversity jurisdiction, informing the Court that Plaintiff is a citizen of Illinois and Defendant Adams is a citizen of Tennessee.   Doc. 1, p. 2.   Defendant Greyhound is a citizen of both Delaware and Texas and further informed the Court that Plaintiff had demanded nearly $5 million dollars before filing suit.   *Id.*, p. 4.

Seven months after Plaintiff filed suit, and six months after Defendant Greyhound removed the case to this Court, Defendant Adams still has not been served.   Federal Rule of Civil Procedure 4(m) requires a defendant to be served within 90 days of filing the Complaint.   Plaintiff responded to a Show Cause Order regarding her failure to serve Defendant Renea Adams,

informing the Court that her attorneys and a private investigator could find only one address for Defendant Adams. A process server tried to serve Defendant Adams six times at that address, to no avail.  Doc. 15-1, p. 2; Doc. 15-2, p. 3.    Plaintiff asks that this Court allow her to conduct discovery to obtain information from Defendant Greyhound that may help her attorneys find Defendant Adams.   D

The Court "must extend the time for service for an appropriate period" if Plaintiff shows good cause for the failure to serve Defendant Adams.   Fed. R. Civ. P. 4(m).   The record reflects that Plaintiff made reasonable attempts to serve Defendant Adams.   This case is set for an Initial Scheduling conference on July 23, 2026 and after the conference, the parties may begin discovery. Fed. R. Civ. P. 26(d)(1), (f)(1).   Defendant Greyhound Lines shall respond to any written discovery requests from Plaintiff that pertain to locating Defendant Adams **within 14 days**.   Fed. R. Civ. P. 33(b)(2); Fed. R. Civ. P. 34(b)(2).   Any objections by Defendant to discovery requests that pertain to locating Defendant Adams should be promptly brought to the Court's attention for a discovery dispute conference.   Plaintiff SHALL serve Defendant Adams on or before November 18, 2026.

**IT IS SO ORDERED.**

**DATED: June 18, 2026**

_____
  **Hon. Reona J. Daly**
  **United States Magistrate Judge**